UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BERKLEY INSURANCE COMPANY | : | CIVIL ACTION NO. 1:21-cv-10873-JCB |
| | : | |
| v. | : | |
| | : | |
| TODRIN LAW, LLC, SASSOON & CYMROT, LLP and AARON S. TODRIN | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice and without costs or award of fees to either party. All rights of appeal are hereby waived. The undersigned represent all parties who have appeared in this action.

Dated: September 16, 2022                              Respectfully submitted,

Counsel for Plaintiff                                         Counsel for Defendant
Berkley Insurance Company                          Sassoon & Cymrot, LLP

By: */s/ Raymond DeMeo*                            By: */s/ Edward S. Cheng*
Raymond DeMeo (BBO # 706279)           Edward S. Cheng (BBO# 634063)
Robinson & Cole LLP                                     Daniel S. Guenther (BBO# 703463)
280 Trumbull Street                                        SHERIN AND LODGEN LLP
Hartford, CT 06103-3597                               101 Federal Street
Tel. No.: (860) 275-8200                                Boston, Massachusetts 02110
Fax No.: (860) 275-8299                                617.646.2000
rdemeo@rc.com                                              escheng@sherin.com
                                                                         dsguenther@sherin.com

Counsel for Defendants
Todrin Law, LLC and Aaron S. Todrin

By: */s/ Christian G. Kiely*
Christian G. Kiely (BBO #684308)
Howard M. Cooper (BBO #543842)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
ckiely@toddweld.com

## Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 16, 2022.

/s/ Raymond T. DeMeo
Raymond T. DeMeo